**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Mary Louzi
   *Plaintiff(s),*

v.                                                             Case No. 4:18–cv–04821

Fort Bend County, Texas, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Order – #64

DATE:   **11/24/2020**

TIME:   **10:30 AM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                               Date: November 5, 2020

By Deputy Clerk, A. Rivera