United States District Court
Southern District of Texas

**ENTERED**

December 12, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MARY LOUZI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:18-CV-04821** |
| | § | |
| **FORT BEND COUNTY, TEXAS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Plaintiff Mary Louzi resolved this case as to Defendants Aqueel Hashmi, MD, Regina Lisiecki, Emmanuel Matthew Zipprian, Dallas Ferguson, and Correct Care Solutions, LLC. Defendants Fort Bend County and Sheriff Nehls were granted summary judgment. Defendants Lewis and Crochet were dismissed under FRCP 12(b)(6).

Pursuant to Federal Rule of Civil Procedure 58(a), final judgment is hereby **ENTERED.**

**IT IS SO ORDERED**.

Signed at Houston, Texas on December 12, 2022.


Keith P. Ellison
United States District Judge